

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00059-CR

Andrew D. **BRIGHAM**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11698
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, Appellant's motion to dismiss this appeal is GRANTED and this appeal is DISMISSED.

We direct the clerk of this court to issue the mandate immediately after issuing the opinion and judgment. *See* TEX. R. APP. P. 2, 18.1(c).

SIGNED February 28, 2018.

_____
Patricia O. Alvarez, Justice